(127 So. 914)

**Arthur HARRIS v. STATE.**

1 Div. 589.

Supreme Court of Alabama.
April 10, 1930.

C. L. Hybart, of Monroeville, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

GARDNER, J.

Petition of Arthur Harris for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Har-

ris v. State, 23 Ala. App. 635, 127 So. 920 (1 Div. 856).

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.